UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV16-01864 JLS (KESx)　　　　　　　　　　　　Date: February 8, 2017

Title: Allied Professionals Insurance Company v. Robert K. Harmon

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |           N/A           |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS:　(IN CHAMBERS)　ORDER TO SHOW CAUSE ("OSC")
　　　　　　　　　ORDER CONTINUING SCHEDULING CONFERENCE**

　　　On December 12, 2016, the Court set a scheduling conference for February 10, 2017, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference. (*See* Doc. 16.) In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."** (*Id.* at 2, emphasis in the original.) The Order attached a blank Exhibit A. (*Id.* at 6.) The Joint Rule 26(f) Report filed by the parties did not include a completed Exhibit A. (Doc. 28.)

　　　Accordingly, no later than February 24, 2017, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A. Failure to do so may result in the imposition of monetary or other sanctions. *See* Fed. R. Civ. P. 16(f).

　　　The Court CONTINUES the Scheduling Conference to March 10, 2017, at 1:30 p.m.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: ___tg_____